## Commonwealth *v.* Lane, Appellant.

Submitted November 10, 1969. *William K. Eckel,* Public Defender, for appellant; *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McKay, Appellant.

Argued November 12, 1969. *Burton L. Fish,* for appellant; *Richard D. Agresti,* Assistant District Attorney, with him *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller et al., Appellants.

Argued November 12, 1969. *Donald E. Williams,* Public Defender, for appellants; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.